IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ARTHUR LAWTON CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-025 |
| | ) | |
| LYNN SHEFFIELD, Sheriff; LT. TOMMY | ) | |
| BARRENTINE; and DR. PETER WROBEL,[1] | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendant Dr. Peter Wrobel wishes to withdraw his Motion to Dismiss (doc. no. 11). (Doc. no. 21.) Accordingly, the Court **GRANTS** Defendant's Motion to Withdraw (doc. no. 21) and **DIRECTS** the **CLERK** to terminate the Motion to Dismiss (doc. no. 11).

SO ORDERED this 13th day of October, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the Clerk to update the docket in accordance with the caption on this Order.