IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ARTHUR LAWTON CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-025 |
| | ) | |
| LYNN SHEFFIELD, Sheriff; LT. TOMMY | ) | |
| BARRENTINE; and DR. PETER WROBEL, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court is Plaintiff's Motion to Clarify in which he asks the Court to determine the sufficiency of Defendants' Interrogatory response and "explain" Federal Rule of Civil Procedure 33 to him. (Doc. no. 30.) In essence, Plaintiff asks the Court to give him legal advice, something it may not do. See Mikell v. United States, No. CV 609-065, 2009 WL 3201769, at *1 (S.D. Ga. Oct. 6, 2009) ("Federal courts may not provide legal advice to a pro se litigant, just as they may not provide legal advice to a party represented by an attorney[.]") (citation omitted). Accordingly, the Court **DENIES** Plaintiff's motion. (Doc. no. 30.)

SO ORDERED this 1st day of February, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA