IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ARTHUR LAWTON CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-025 |
| | ) | |
| LYNN SHEFFIELD, Sheriff; LT. TOMMY BARRENTINE; and DR. PETER WROBEL, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion to Compel. (Doc. no. 32.) Although Defendants correctly state Plaintiff's motion does not comply with Federal Rule of Civil Procedure 37 or Local Rule 26.5, for the sake of judicial efficiency, the Court will address Plaintiff's claims on the merits. Defendant Wrobel has filed a substantive response and attached his relevant interrogatory and request responses. (Doc. no. 37.) However, Defendants Sheffield and Barrentine have not. (Doc. no. 35.) Accordingly, the Court **ORDERS** Defendants Sheffield and Barrentine to file a substantive response and to attach their relevant interrogatory and request responses <u>within seven days</u> of this Order.

SO ORDERED this 7th day of March, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA