# United States District Court
## Southern District of Georgia

ARTHUR LAWTON CLARK,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 317-025

LYNN SHEFFIELD, Sheriff; LT. TOMMY BARRENTINE; and DR. PETER WROBEL,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 20, 2019 adopting the Report and Recommendations as the Court's opinion and overruling Plaintiff's objections, Defendants' motions for summary judgment are granted and judgment is hereby entered in favor of Defendants. Plaintiff's motion to reconsider is denied as moot. This case stands closed.



| 03/20/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk