FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 AUG 22 AM 11:27
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ARTHUR LAWTON CLARK, )
 )
    Plaintiff-Appellant, )
 ) Case No.: CV 317-025
vs. )
 ) Appeal No.: 19-11230-JJ
LYNN SHEFFIELD, Sheriff, LT. )
TOMMY BARRENTINE, DR. PETER )
WROBEL, )
 )
    Defendants-Appellees. )

# O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this 22nd day of August 2019.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA