IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 APR 20 PM 2:55
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ARTHUR LAWTON CLARK, | )<br>)<br>) |
| Plaintiff-Appellant, | )<br>) Case No.: CV 317-025 |
| v. | )<br>) Appeal No.: 19-11230-JJ |
| LYNN SHEFFIELD, SHERIFF, LT. TOMMY BARRENTINE, DR. PETER WROBEL, | )<br>)<br>)<br>) |
| Defendants-Appellees. | ) |

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this 20th day of April, 2020.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF GEORGIA